**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01385-CV

**ANTHONY LEEARTIS HALL, Appellant**

**V.**

**OBINNA CHINEMEREM NJOKU D/B/A ALWAYS INSURANCE AGENCY
AND ALL-WAYS INSURANCE GROUP, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-09-02988-B**

## ORDER

We **GRANT** appellant's April 1, 2014 third motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on December 4, 2013 filed as of the date of this order.

Appellee's brief is due thirty days from the date of this order.

/s/    ELIZABETH LANG-MIERS
       JUSTICE